UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW K. TERRY and<br>TAMRA TERRY | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Case No. 1:03CV117 RWS<br>) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on Tamra Terry and Matthew Terry's appeal from adverse rulings of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Lewis M. Blanton, who filed his Report and Recommendation on August 15, 2005. It is the Magistrate Judge's recommendation that the decision of the Social Security Commission be affirmed and that the claimant's complaint be dismissed with prejudice.

The parties were advised that they had eleven (11) days to file written objections to the Report and Recommendation. Neither party has filed an objection.

After careful consideration of the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#19] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and claimants' complaints are dismissed with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2005.